FILED

2016 Feb-11  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **BRANDON H. MUSTON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. 2:15-cv-02043-AKK-TMP** |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

On January 1, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. To date, no objections to the Report and Recommendation have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, including Petitioner's objections and the Report and Recommendation, the Court is of the opinion that the report is due to be **ADOPTED**, and the recommendation **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be **DISMISSED WITHOUT**

**PREJUDICE**.  An order of final judgment will be entered contemporaneously herewith.

    **DONE** the 11th day of February, 2016.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE